Christopher Sprigman (CS-7310)
Associate Professor
University of Virginia School of Law
580 Massie Road
Charlottesville, VA 22903-1789
Tel: 434-924-6331
Fax: 434-924-7536
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., CBS BROADCASTING INC., DISNEY ENTERPRISES, INC., FOX BROADCASTING COMPANY, SPELLING TELEVISION INC., SUPERSTATION, INC., TBS FUNDING CORP., TURNER ENTERTAINMENT NETWORKS, INC., TURNER NETWORK TELEVISION LP, LLLP, UNIVERSAL NETWORK TELEVISION LLC, and UNIVERSAL TELEVISION NETWORKS, <br><br> Plaintiffs, <br><br> - against - <br><br> FLYING J, INC. and TON SERVICES, INC., <br><br> Defendants. | No. 06 CV 2967 (DAB) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Christopher Sprigman dated June 5, 2006, and the supporting memorandum of law, on July 3, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Deborah A. Batts, United State District Judge, in the United States District Court for the Southern District of

New York, 500 Pearl Street, New York, New York, Defendants Flying J, Inc. and TON Services, Inc. will move to dismiss the Complaint against them pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: June 5, 2006
      Charlottesville, VA

                                      CHRISTOPHER SPRIGMAN

                                      _____/s/_____
                                      Christopher Sprigman (CS-7310)
                                      University of Virginia School of Law
                                      580 Massie Road
                                      Charlottesville, VA 22903-1789

                                      *Attorney for Defendants*